ACCEPTED
14-15-00039-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/13/2015 8:11:37 PM
CHRISTOPHER PRINE
CLERK

## CAUSE NO. 14-15-00039-CR

_____

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/13/2015 8:11:37 PM
CHRISTOPHER A. PRINE
Clerk

# IN THE COURT OF APPEALS
# FOR THE FOURTEENTH DISTRICT OF TEXAS
# HOUSTON DIVISION

_____

| | |
|---|---|
| **SHERILL ANN SMALL** | § |
| | § |
| **v.** | § |
| | § |
| **STATE OF TEXAS** | § |

_____

## APPELLANT'S MOTION TO SUSPEND RULE REGARDING WORD LIMITS

_____

**Justin Bradford Smith**
**Texas Bar No. 24072348**
**Harrell, Stoebner, & Russell, P.C.**
**2106 Bird Creek Drive**
**Temple, Texas 76502**
**Phone: (254) 771-1855**
**FAX: (254) 771-2082**
**Email:  justin@templelawoffice.com**

**ATTORNEY FOR APPELLANT**

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Appellant, SHERILL ANN SMALL, who files this Motion to Suspend Rule Regarding Word Limits, and shows unto the Court as follows:

**I.**

1. This is a capital murder appeal in which the death penalty was not imposed.

2. For such an appeal, Texas Rule of Appellate Procedure 9.4(i)(2)(B) provides a limit of 15,000 words for a computer-generated brief and response in an appellate court.

3. Appellant's brief after editing contains 16,908 words, of those that count under the rule.

4. One of the errors Appellant alleges pertains to the exclusion/limitation of evidence. In such a case, the reviewing court is required to examine the record as a whole to assess harm. *Barshaw v. State*, 342 S.W.3d 91, 93 (Tex. Crim. App. 2011).

5. The reporter's record in this case is itself twenty-three volumes long, necessitating an unusually lengthy statement of facts, which nonetheless may still be lacking.

6. Under Texas Rule of Appellate Procedure 2, the Court may suspend

the operation of a rule in a particular case and order a different procedure.

7.  Therefore, in light of the lengthy record and the mandate from the Court of Criminal Appeals to consider the entire record in assessing harm, Appellant asks this Court to suspend the operation of Rule 9.2(i)(2)(B) in this case and accept Appellant's brief as is.  Tex. R. App. P. 9.2.

8.  In the alternative, Appellant asks this Court to allow Appellant leave to edit her brief further to bring it into compliance with Rule 9.4(i)(2)(B).

## II.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant asks this Court to accept Appellant's brief as is, or to allow Appellant a reasonably time to bring her brief in compliance with Rule 9.4(i)(2)(B).

Respectfully submitted:


/s/ Justin Bradford Smith
Justin Bradford Smith
Texas Bar No. 24072348

Harrell, Stoebner, & Russell, P.C.
2106 Bird Creek Drive
Temple, Texas 76502
Phone: (254) 771-1855
FAX: (254) 771-2082
Email:  justin@templelawoffice.com

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that, on July 13, 2015, a true and correct copy of the Appellant's Motion to Suspend Rule Regarding Word Limits was provided to counsel below:

W.W. Torrey
Milam County District Attorney's Office
204 N. Central
Cameron, Texas 76520
Email: daoffice@milamcounty.net
  *Attorneys for the State*

Craig W. Cosper
Assistant Attorney General and Assistant District Attorney
P.O. Box 12548
Austin, Texas 78711-2548
Telephone: 512-936-1400; Facsimile: 512-936-1280
craig.cosper@texasattorneygeneral.gov


/s/ Justin Bradford Smith
Justin Bradford Smith